IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Kayla Mae Hagen, ) | Case No. 1:21-cr-196 |
| ) | |
| Defendant. ) | |

The court held a detention hearing for defendant on December 3, 2021. At the conclusion of the hearing, the court ordered defendant detained pending trial, opining:

> The court finds that defendant has not presented sufficient evidence to rebut the presumption of detention and that there arc not otherwise any conditions it can impose upon defendant that would adequately ensure the safety of the community or defendant's future appearance. The comt takes note of defendant's substantial criminal histo1y, evidence regarding defendant': ongoing substance abuse, defendant's past noncompliance with court-ordered conditions, defendant's lack of resources to support independent living, tl1e present lack of any verifiable and appropriate release options for defendant, and the apparent strength of the United States' case.

(Doc. No. 28).

On January 17, 2022, defendant filed a "Motion to Modify Order of Detention to Permit Halfway House Placement." (Doc. No. 43). She advises that the United States does not object to her being placed on the waiting list for a residential reentry placement and requests that the court so modify its detention order.

There being no objection from the United States, the court **GRANTS** defendant's motion (Doc. No. 43) and modifies its detention order to reflect that defendant shall be placed on the waiting list for a residential reentry placement.

**IT IS SO ORDERED.**

Dated this 18th day January, 2022.

*/s/ Clare R. Hochhlater*
Clare R. Hochhalter, Magistrate Judge
United States District Court
